IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHANNON ROJAS,<br><br>                Defendant. | **8:10CR235**<br><br>**ORDER** |

Defendant Shannon Rojas appeared before the court on October 10, 2017 on a Second Petition for Offender Under Supervision [96]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen, and the United States was represented by Assistant U.S. Attorney Kimberly Bunjer with the assistance of intern, Kelsey McDonagh. Through her counsel, the defendant waived her right to a probable cause hearing on the Second Petition for Offender Under Supervision [96] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention, and a detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 15, 2017 at 2:30 p.m. Defendant must be present in person.

2. The defendant, Shannon Rojas, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 10th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge