IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHANNON ROJAS,

Defendant.

8:10CR235

ORDER FOR DISMISSAL

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 112) the Petition for Offender Under Supervision (Filing No. 57), allegations 1, 3, and 4 of the Amended Petition for Offender Under Supervision (Filing No. 87), and the Second Petition for Offender Under Supervision (Filing No. 96). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the Petition for Offender Under Supervision (Filing No. 57) is dismissed.

2. Allegations Nos. 1, 3, and 4 of the Amended Petition for Offender Under Supervision (Filing No. 87) are dismissed.

3. The Second Petition for Offender Under Supervision (Filing No. 96) is dismissed.

Dated this 30th day of November, 2017.

BY THE COURT:


 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge